UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT BROOKS  (#181158),

       Plaintiff,                              No. 4:03-cv-137

v

                                      Hon. RICHARD ALAN ENSLEN

PETER YOUNGERT, et al,                MAG.  ELLEN S. CARMODY

       Defendant.

| Mark S. Pendery (P57683) | John L. Thurber (P44989) |
|---|---|
| Rhoades McKee | Assistant Attorney General |
| *Attorneys for Plaintiff* | *Attorney for Defendants Youngert & Stowell* |
| 161 Ottawa NW, Ste 600 | PO Box 30217 |
| Grand Rapids, Michigan 49503 | Lansing, MI 48909 |
| (616) 235-3500 | (517) 335-7021 |

**DEFENDANT STOWELL'S MOTION IN LIMINE TO
EXCLUDE REFERENCES TO STOWELL'S TERMINATION
FROM THE MICHIGAN DEPARTMENT OF CORRECTIONS**

      It is Stowell's understanding that at trial, Brooks' counsel intends to raise the issue of Stowell's termination from the Michigan Department of Corrections (MDOC) for marijuana use in 2002.  This Court should deny Brooks the opportunity to question Stowell about his termination from the MDOC.

                                            Respectfully submitted,

                                            Michael A. Cox
                                            Attorney General

                                            */s/ John L. Thurber (P44989)*
                                            Assistant Attorney General
                                            Attorney for Defendants
                                            PO Box 30217
                                            Lansing, MI 48909
                                            thurberj@michigan.gov

Dated:  October 19, 2006
Brooks - 2004002663A (WD)\Pleadings\LIMINE.mot

---

**PROOF OF SERVICE:**
I hereby certify that on <u>October 19, 2006</u>, I presented the foregoing paper to the Clerk of the Court for filing and uploading to the ECF System which will send notification of such filing to the attorneys of record listed herein and I hereby certify that I have mailed by US Postal Service the document to the involved non-participant.

*/s/ John L. Thurber (P44989)*
Assistant Attorney General
Attorney for Defendants