UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

ROBERT BROOKS #181158,

        Plaintiff,

v.

PETE YOUNGERT and J. STOWELL,

        Defendants.

Case No. 4:03-cv-137

HON. RICHARD ALAN ENSLEN
MAG. ELLEN S. CARMODY

| Mark S. Pendery (P57683) | John L. Thurber (P44989) |
|---|---|
| RHOADES McKEE | Michigan Department of Attorney General |
| Attorney for Plaintiff | Corrections Division |
| 161 Ottawa Avenue, NW, Suite 600 | Attorney for Defendants |
| Grand Rapids, MI 49503 | P.O. Box 30217 |
| (616) 235-3500 | Lansing, MI 48909 |
|  | (517) 335-7021 |

## PLAINTIFF'S PROPOSED VOIR DIRE QUESTIONS

    NOW COMES the Plaintiff, by and through his attorneys, Rhoades McKee, and hereby requests the Judge to ask the following voir dire questions:

    1.    Have you, a relative, or a close friend ever been employed in the field of law enforcement or corrections?

    2.    Have you, a relative, or a close friend ever been the victim of an assault or other violent crime?

    3.    Our legal system entitles a plaintiff, who is injured by the unlawful acts of a defendant, to recover money from a defendant as a form of compensation. Do you hold any philosophical belief, personal viewpoint, or religious conviction, which would make it difficult for you to award a plaintiff compensation in a lawsuit?

4. The Plaintiff in this lawsuit is a prisoner. The law permits prisoners, like ordinary citizens, to recover compensation in a lawsuit. Would you be inclined to *not* award the plaintiff compensation *because* he is a prisoner?

5. You will hear testimony from Plaintiff, a prisoner, and the Defendants, who were prison guards at the correction facility Plaintiff resides. The law requires that you judge their testimonies by the same standards. Without hearing their testimony first, would you tend to believe the prison guards over a prisoner, *because* they are prison guards?

6. Have any of you been a witness in a prosecution of a criminal matter?

7. Have any of you worked for a security service?

8. The Judge will ask you to apply the law in this case. Can you follow and apply the law in this case whether you personally agree with the law or not?

9. How many of you support the death penalty?

Dated: November 13, 2006						RHOADES McKEE
									Attorneys for Robert Brooks, #181158

									By: /s/ Mark S. Pendery
									    Mark S. Pendery (P57683)
									Business Address:
									    600 Waters Building
									    161 Ottawa Avenue, N. W.
									    Grand Rapids, MI 49503
									Telephone:  (616) 235-3500