UNITED STATES OF DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

# MINUTES

| Case Number | Date | Time | Place | Judge |
|---|---|---|---|---|
| 4:03cv137 | 11/15/06 | 8:39 am - 10:01 am<br>10:10 am - 11:56 am<br>1:44 pm - 2:26 pm<br>2:34 pm - 3:03 pm<br>3:17 pm - 4:17 pm | Grand Rapids | Ellen S. Carmody |

**CASE CAPTION**

| Plaintiff(s): | Defendant(s): |
|---|---|
| Robert Brooks #181158 | Pete Youngert et al. |

**APPEARANCES**

| Attorney: | Representing: |
|---|---|
| Mark S. Pendery | Plaintiff(s) |
| John L. Thurber<br>Cori Eve Barkman | Defendant(s) |

**WITNESSES**

| Witness: | On behalf of: |
|---|---|
| Robert Brooks | Plaintiff |
| David Carson | Plaintiff |
| Matthew Macauley | Plaintiff |
| Stephen Mauk | Plaintiff |

**PROCEEDINGS**

**NATURE OF HEARING:** Jury Trial - day 1; jury selection; opening statements; exhibits 1-20 admitted; defendant's motion to quash discovery subpoenas (#149) denied as moot; defendant's motion in limine (#136) granted.

Proceedings Digitally Recorded
Deputy Clerk: M. Rush