UNITED STATES OF DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

# MINUTES

| Case Number | Date | Time | Place | Judge |
|---|---|---|---|---|
| 4:03cv137 | 11/16/06 | 8:44 am - 9:56 am<br>10:18 am - 11:15 am<br>12:05 pm - 1:25 pm<br>1:39 pm - 4:58 pm | Grand Rapids | Ellen S. Carmody |

**CASE CAPTION**

| Plaintiff(s): | Defendant(s): |
|---|---|
| Robert Brooks #181158 | Pete Youngert et al. |

**APPEARANCES**

| Attorney: | Representing: |
|---|---|
| Mark S. Pendery | Plaintiff(s) |
| John L. Thurber<br>Cori Eve Barkman | Defendant(s) |

**WITNESSES**

| Witness: | On behalf of: |
|---|---|
| Peter George Youngert | Defendant |
| John Andrew Stowell | Defendant |
| Deposition Testimony of Michael R. Engelsgjerd | Defendant |

**PROCEEDINGS**

**NATURE OF HEARING:** Jury Trial; day 2; closing arguments; jury began deliberations;

Proceedings Digitally Recorded
Deputy Clerk: M. Rush