UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT BROOKS #181158,

    Plaintiff,

v.

PETE YOUNGERT, et al.,

    Defendants.

_____/

Hon. Ellen S. Carmody

Case No. 4:03-cv-00137

## ORDER

This matter is before the Court on Defendant's Motion in Limine and Defendant's Motion to Quash Discovery Subpoenas (Dkt. Nos. 136 and 149, respectively). For the reasons stated on the record on the first day of trial, November 15, 2006:

    **IT IS HEREBY ORDERED** that Defendant's Motion in Limine (Dkt. 136) is **granted** and Defendant's Motion to Quash Discovery Subpoenas (Dkt. 149) is is **denied as moot**.

Date:  November 27, 2006

      /s/ Ellen S. Carmody
    ELLEN S. CARMODY
    United States Magistrate Judge